(95 South. 53)

**McGEE, Tax Collector, v. TUSCALOOSA COTTON SEED OIL CO.. (6 Div. 788.)**

(Supreme Court of Alabama. Jan. 4, 1923.)

Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

Action by S. D. McGee, Tax Collector, against the Tuscaloosa Cotton Seed Oil Company. Judgment for defendant, and plaintiff appeals. Reversed and remanded.

Harwell G. Davis, Atty. Gen., for appellant.
Foster, Verner & Rice, of Tuscaloosa, for appellee.

PER CURIAM. Reversed and remanded on authority of State of Alabama, Tuscaloosa County, v. Tuscaloosa Cotton Seed Oil Co., ante, p. 610, 95 South. 52.